# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Shukri Mohamud Hassan, | Civ. No. 19-1945 (PJS/BRT) |
| Petitioner, | |
| v. | |
| William P. Barr, Kevin McAleenan, Thomas Homan, Peter Berg, and Eric Hollien, | **ORDER** |
| Defendants. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, and on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. No. 1) is DENIED AS MOOT.

2. This action is DISMISSED WITHOUT PREJUDICE.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: 2/6/20

s/Patrick J. Schiltz
PATRICK J. SCHILTZ
United States District Judge